**HUBERT HARDEN and LOIS HARDEN v. E. C. REEVES**

14 So. (2nd) 811 — June Term, 1943
July 30, 1943 — Division B
Rehearing Denied September 10, 1943

*Carlton & Ellis* and *R. E. Hamrick,* for petitioners.
*Sumner & Sumner,* for respondent.

PER CURIAM:

Certiorari denied.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.